CROCKETT & ASSOCIATES
Robert D. Crockett (SBN 105628)
*bob@bobcrockettlaw.com*
Brian D. Walters (SBN 227435)
*waltersb@bobcrockettlaw.com*
Jackie K. M. Levien (SBN 301239)
*levienj@bobcrockettlaw.com*
Chase T. Tajima (SBN 304063)
*chase@bobcrockettlaw.com*
23929 Valencia Boulevard, Suite 303
Valencia, California 91355
Tel: (323) 487-1101
Fax: (323) 843-9711

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE 1, an individual; DOE 2, an individual; DOE 3, an individual; DOE 4, an individual; Doe 5, an individual; and DOE 6, an individual,<br><br>    Plaintiffs,<br>  v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE, a California public entity,<br><br>    Defendant. | CASE NO.: 8:18-cv-01499<br><br>**PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

Pursuant to Local Rule 83-1.4, Plaintiffs hereby file this Notice that *Roe 1 vs. Defendant Doe 1, Congregation, et al.*, Case No. 30-2014-00741722-CU-PO-CJC, is pending before Superior Court of California for the County of Orange, which is the Defendant in this action.

The plaintiffs in that action are John Roe 1 and John Roe 2. The defendants in that action are Doe 1 Congregation, Doe 2 Supervisory Organization, Doe 3

Perpetrator. The parties in that action are proceeding under fictitious names. Plaintiffs Roe 1 and Roe 2 are suing Defendant Does 1 through 3 for damages for sexual abuse. During discovery, Defendant Doe 2 Supervisory Organization was ordered by the Superior Court of Orange County, Defendant in this action, to produce certain documents that show other instances of sexual abuse or potential sexual abuse relating to individuals who are not the subject of the *Roe 1 v. Doe 1* lawsuit. These documents will show the names and congregations of family members of victims or perpetrators to sexual abuse. The production of these documents, even subject to a protective order, will violate the constitutionally protected privacy rights of the Plaintiffs in this action that could lead to the identification of Plaintiffs and their family members, subjecting them to public scrutiny, media inquiry, and unwanted litigation; Plaintiffs here seek an order from the district court enjoining the enforcement of the Superior Court of Orange County's production order or a modification of the production order to allow for reasonable redaction of information that could lead to the violation of Plaintiffs' privacy rights. Accordingly, the facts in *Roe 1 v. Doe 1* constitute a material part of the subject matter of this action.

Date: August 23, 2018

Respectfully submitted,

CROCKETT & ASSOCIATES

By   /s/ Robert D. Crockett
     Attorneys for Plaintiffs

4838-8515-5181, v. 1