# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 18-1499-DOC (JDEx)            Date: October 29, 2018

Title: DOE 1, ET AL V SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

---

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | CourtSmart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None | Devin Miles Storey |

**PROCEEDINGS:**     **MOTION TO INTERVENE [16]**

---

The Court GRANTS the Motion to Intervene [16].

Counsel is ordered to file the Motion to Dismiss, which was attached to the Motion to Intervene, by October 29, 2018, to be set for hearing on November 28, 2018 at 7:30 a.m.

                                                                            : 09

Initials of Clerk      djl