1  CROCKETT & ASSOCIATES
   Robert D. Crockett (SBN 105628)
2  *bob@bobcrockettlaw.com*
   Brian D. Walters (SBN 227435)
3  *waltersb@bobcrockettlaw.com*
   Jackie K. M. Levien (SBN 301239)
4  *levienj@bobcrockettlaw.com*
   Chase T. Tajima (SBN 304063)
5  *chase@bobcrockettlaw.com*
   23929 Valencia Boulevard, Suite 303
6  Valencia, California 91355
   Tel: (323) 487-1101
7  Fax: (323) 843-9711

8  Attorneys for Plaintiffs

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11

12  DOE 1, an individual; DOE 2, an          CASE NO.: 8:18-cv-01499
    individual; DOE 3, an individual; DOE
13                                           **DECLARATION OF BRIAN D.**
    4, an individual; Doe 5, an individual;  **WALTERS IN SUPPORT OF**
14  and DOE 6, an individual,                **PLAINTIFFS' OPPOSITION TO**
                                             **INTERVENORS' MOTION TO**
15                                           **DISMISS**
        Plaintiffs,
16                                           Date:   November 28, 2018
                                             Time:   7:30 a.m.
17          v.                               Dept:   9D

18
    SUPERIOR COURT OF
19  CALIFORNIA, COUNTY OF                    Complaint Filed: August 23, 2018
    ORANGE, a California public entity,
20
        Defendant.
21

22

23

24

25

26

27

28

## DECLARATION OF BRIAN D. WALTERS

I, Brian D. Walters, declare as follows:

1.      I am counsel of record to Plaintiffs Does 1-6. I make this declaration in support of Plaintiffs' Opposition to Intervenors' Motion to Dismiss. I have first-hand knowledge of all the matters referenced herein.

2.      On September 7, 2018, I met and conferred with Sarah Overton, counsel for Defendant Orange County Superior Court, pursuant to Local Rule 7-3. During the meet and confer, Plaintiffs agreed to dismiss Count II of the Complaint, seeking protection of Plaintiffs' privacy rights under California law. Plaintiffs also agreed to dismiss any claims for monetary damages.

3.      On September 12, 2018, I further met and conferred with Ms. Overton to let her know that Plaintiffs intended to seek redress first in the State Litigation, *John Roe 1, et al. v. Defendant Doe 1, et al.*, Case No. 30-2014-00741722-CU-PO-CJC, filed in the Superior Court for the State of California, County of Orange. During the meet and confer, the parties mutually agreed to continue the dates to respond to the Complaint to allow Plaintiffs to pursue state court relief without forcing Defendant to respond first in federal court.

4.      On September 24, 2018, I met and conferred with counsel for Intervenors, Devin M. Storey of the Zalkin Law Firm. During the meet and confer, I stated no opposition to Intervenors' intervention in this action. I also explained to Mr. Storey that Plaintiffs had already agreed with Ms. Overton to limit this action to federal claims and non-monetary relief and to continue the dates for responding to the Complaint.

5.      On October 10, 2018, Mr. Storey reached out to me and my colleague, Robert D. Crockett, regarding scheduling oral depositions of Plaintiffs, who are Nonparty Does 1-6 in the State Litigation and who have filed a motion for a protective order in the State Litigation seeking the same modifications of the May 17 Order as sought in this action. On October 12, 2018, we informed Mr. Storey that Does 1-6 could not agree to oral depositions but would answer interrogatories, referring to written deposition

1  questions pursuant to California Code of Civil Procedure section 2028.010. Mr. Storey

2  rejected our offer. In this federal action, Does 1-6 remain willing to answer written

3  deposition questions.

4       6.     On October 31, 2018, I further met and conferred with Mr. Storey. During

5  the meet and confer, I asked Mr. Storey to stay or continue the dates related to

6  Intervenors' motion to dismiss Plaintiffs' federal Complaint pending the outcome of

7  Does 1-6's motion for protective order in the State Litigation. Mr. Storey would not agree

8  to either the stay or continuance.

9       I declare under penalty of perjury, under the laws of the State of California, that

10  the foregoing is true and correct. I executed this declaration on November 7, 2018, at Los

11  Angeles County, California.

12                                      ___/s/ Brian D. Walters_____

13                                        Brian D. Walters

14  4827-5261-1962, v. 1

15

16

17

18

19

20

21

22

23

24

25

26

27

28