CROCKETT & ASSOCIATES
Robert D. Crockett (SBN 105628)
*bob@bobcrockettlaw.com*
Brian D. Walters (SBN 227435)
*waltersb@bobcrockettlaw.com*
Jackie K. M. Levien (SBN 301239)
*levienj@bobcrockettlaw.com*
Chase T. Tajima (SBN 304063)
*chase@bobcrockettlaw.com*
23929 Valencia Boulevard, Suite 303
Valencia, California 91355
Tel: (323) 487-1101
Fax: (323) 843-9711

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE 1, an individual; DOE 2, an individual; DOE 3, an individual; DOE 4, an individual; Doe 5, an individual; and DOE 6, an individual,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE, a California public entity,<br><br>　　Defendant. | CASE NO.: 8:18-cv-01499<br><br>**PLAINTIFFS' OBJECTION TO EVIDENCE**<br><br>Date:　November 28, 2018<br>Time:　7:30 a.m.<br>Dept:　9D<br><br>Complaint Filed: August 23, 2018 |

　　Plaintiffs hereby object to the following evidence presented by Intervenors in connection with Intervenors' Motion To Dismiss set for hearing on November 28, 2018, before this court:

　　1.　Exhibit 2, "Secrets of the Watchtower."

　　This evidence is objected to on the grounds that it is inadmissible hearsay and extrinsic evidence on a Rule 12(b)(6) motion to dismiss. FRE 802; *United States v.*

1  *Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003) (stating the complaint must refer to the
2  document "extensively" to be incorporated by reference).
3     Plaintiffs will respectfully request the court at the hearing on the motion to sustain
4  the above objections and to strike the evidence referred to above.

Date: November 7, 2018          Respectfully submitted,

CROCKETT & ASSOCIATES

By /s/ Brian D. Walters_____
    Attorneys for Plaintiffs

4823-6616-3322, v. 1

2          **PLAINTIFFS' OBJECTION TO EVIDENCE**