1  SARAH L. OVERTON (CSB # 163810)
2  CUMMINGS, MCCLOREY, DAVIS, ACHO & ASSOCIATES, P.C.
   3801 University Avenue, Suite 560
3  Riverside, CA  92501
   (951) 276-4420
4  (951) 276-4405 facsimile
5  soverton@cmda-law.com

6  Attorneys for Defendant
   Superior Court of California,
7  County of Orange

8

9                     UNITED STATES DISTRICT COURT
10
                      CENTRAL DISTRICT OF CALIFORNIA
11

12  DOE 1, an individual, et al.,        )  CASE:  CV18-01499 DOC (JDEx)
                                         )
13              Plaintiff,               )
                                         )  [PROPOSED] ORDER
14                                       )
    v.                                   )
15                                       )  Date      :  February 4, 2019
    SUPERIOR COURT OF                    )  Time      :  8:30 a.m.
16  CALIFORNIA, COUNTY OF                )  Courtroom :  9D, 9th Floor
    ORANGE, a California public          )  Judge:    :  Hon. David O. Carter
17  entity,                              )
                                         )
18                                       )
                                         )
19              Defendants.              )
                                         )
20

21       The motion to dismiss plaintiff's complaint of defendant Superior Court of
22  California, County of Orange, came regularly for hearing.
23       After considering the papers in favor of, and in opposition to the motion to
24  dismiss, and after arguments were heard and considered, the motion to dismiss
25  / / /
26
27
28  / / /

**Cummings, McClorey, Davis, Acho & Associates, P.C.**
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

1

[PROPOSED] ORDER

plaintiffs' complaint of defendant Superior Court of California, County of Orange, is hereby granted and the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated_____        _____
                                                 United States District Judge

**Cummings, McClorey, Davis, Acho & Associates, P.C.**
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

2
[PROPOSED] ORDER

## PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Riverside, State of California. I am over the age of 18 years, and not a party to the within action. I am an employee of or agent for Cummings, McClorey, Davis, Acho & Associates, P.C., 3801 University Avenue, Suite 560, Riverside, California 92501.

I hereby certify that on December 21, 2018, I electronically filed the foregoing [PROPOSED] ORDER, with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system.

I certify that participants in the case who are registered CM/ECF users will be served by the Central District CM/ECF system.

Executed on December 21, 2018, in Riverside, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/S/ Sarah Quesada
Sarah Quesada, Declarant

**Cummings, McClorey, Davis, Acho & Associates, P.C.**
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

**PROOF OF SERVICE**