JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 18-1499-DOC (JDEx)            Date: January 14, 2019

Title: DOE 1, ET AL V SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE, ET AL

---

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | CourtSmart |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:
    Robert Dale Crockett
    Chase Tomonari Tajima

ATTORNEYS PRESENT FOR DEFENDANT:
    Sarah L. Overton
    Alexander S. Zalkin
    Devin Miles Storey

**PROCEEDINGS:**      **STATUS CONFERENCE**

---

For the reasons stated on the record, the case is DISMISSED without prejudice.

                                                                                           :    25

Initials of Clerk      djl